BRIAN VOGEL, SBN 167493
brian@bvogel.com
THE LAW OFFICES OF BRIAN A. VOGEL, PC
770 County Square Drive, Suite 104
Ventura, CA 93003
Telephone: (805) 654-0400
Facsimile: (805) 654-0326

Attorney for Plaintiff
CHARLES VELASQUEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES VELASQUEZ, an individual, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br>vs.<br><br>THE COUNTY OF VENTURA, THE VENTURA COUNTY SHERIFF'S DEPARTMENT, VENTURA COUNTY SHERIFF BOB BROOKS, AN INDIVIDUAL, AND DOES 1-10.<br><br>          Defendants. | Case No. CV10 10080 CBM (PJWx)<br><br>**VELASQUEZ V. COUNTY OF VENTURA CLASS ACTION**<br><br>**JOINT STIPULATION AND REQUEST FOR ORDER EXTENDING CERTIFICATION MOTION DATE.**<br><br>[FRCP 23 and Central District Local Rule 23-3] |

**THIS JOINT STIPULATION IS ENTERED INTO** by and between Plaintiff CHARLES VELASQUEZ and Defendants COUNTY OF VENTURA, VENTURA COUNTY SHERIFF'S DEPARTMENT AND VENTURA COUNTY SHERIFF BOB BROOKS (collectively, the "parties"), by and through their attorneys of record:

///

1

**WHEREAS**, Plaintiff Charles Velasquez filed his initial Class Action Complaint on or about December 30, 2010; and

**WHEREAS**, Plaintiff served his Class Action Complaint on Defendants on or about December 30, 2010;

**WHEREAS**, on January 18, 2011, Plaintiff agreed to a 30-day extension for Defendants to file the Answer, until February 28, 2011;

**WHEREAS**, pursuant to Central District Local Rule 23-3, Charles Velasquez must file his certification motion within 90 days of service of the complaint unless an extension is ordered by the court;

**WHEREAS**, the parties have met and conferred regarding the anticipated length of time needed to complete the discovery necessary for the motion for certification as well as the opposition thereto, taking into consideration the potential need for resolution of discovery disputes; and

**WHEREAS**, after meeting and conferring, the parties agree that a reasonable deadline for Plaintiff to file his motion for certification is July 14, 2011.

///

///

///

///

///

///

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties that the filing deadline for Plaintiff's motion for certification should be July 14, 2011.

The parties respectfully request that the Court sign the [Proposed] Order attached hereto which reflects the terms of the above joint stipulation.

IT IS SO STIPULATED.

Dated: February 23, 2011    LAW OFFICES OF ALAN E. WISOTSKY

By: /s/ Jeffrey Held
JEFFREY HELD
Attorneys for Defendants County of Ventura, Ventura County Sheriff's Dept. and Ventura County Sheriff Bob Brooks

Dated: February 23, 2011    THE LAW OFFICES OF BRIAN A. VOGEL, PC

By: /s/ Brian Vogel
BRIAN A. VOGEL
Attorney for Plaintiff Charles Velasquez