BRIAN VOGEL, SBN 167493
brian@bvogel.com
THE LAW OFFICES OF BRIAN A. VOGEL, PC
770 County Square Drive, Suite 104
Ventura, CA 93003
Telephone: (805) 654-0400
Facsimile: (805) 654-0326

Attorney for Plaintiff
CHARLES VELASQUEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES VELASQUEZ, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE COUNTY OF VENTURA, THE VENTURA COUNTY SHERIFF'S DEPARTMENT, VENTURA COUNTY SHERIFF BOB BROOKS, AN INDIVIDUAL, AND DOES 1-10<br><br>Defendants. | Case No. CV10 10080 CBM (PJWx)<br><br>**VELASQUEZ V. COUNTY OF VENTURA CLASS ACTION**<br><br>[PROPOSED] ORDER RE: JOINT STIPULATION AND REQUEST FOR ORDER EXTENDING CERTIFICATION MOTION DATE.<br><br>[FRCP 23 and Central District Local Rule 23-3] |

## [PROPOSED] ORDER

///

///

///

///

1

**THE COURT HEREBY ORDERS THE FOLLOWING:**

Plaintiff Charles Velasquez shall have until July 14, 2011 to file the motion for certification of the class in this matter.

IT IS SO ORDERED.

Dated:_____, 2011     _____
                               Hon. Consuelo B. Marshall
                               United States District Court
                               Central District of California