UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. CV10-10080 CBM(PJWx)               Dated: Mar. 11, 2011
Title: Charles Velasquez, et al vs The County of Ventura, et al

PRESENT: THE HON. CONSUELO B. MARSHALL, U. S. DISTRICT JUDGE

Joseph M. Levario                                              n/a
 Deputy Clerk (213) 894-5288; FAX (213) 894-0045    Court Recorder

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:
        n/a                                              n/a

Proceedings: Scheduling Conference

On the Court's own motion, this case is set for a Scheduling Conference on May 9, 2011 at 11:00 A. M. pursuant to FRCP 16(b). Counsel are reminded of their obligations to disclose information and confer on a discovery plan not later than 21 days prior to the Scheduling Conference. Counsel shall file a Rule 26(f) discovery plan within 14 days after the conference of counsel. The Rule 26(f) discovery plan shall contain the following information:
1.  A brief description of the nature of the case and type of action filed and the date filed in the District Court;
2.  The number of depositions to be taken by each side and the date the date the depositions are set;
3. The written discovery sought and date responses to interrogatories  requests for production and requests for admissions are due;
4.  The number of experts expected to be called by each side and the expert's area of expertise;
5.  Proposed Pre Trial Conference date;
6.  Date Demand for Jury Trial was filed;
7.  Prospects of Settlement;
8.  Positions of counsel re: consent to proceed before a Magistrate-Judge;
9.  A list of contemplated motions, including what type of motion, a tentative hearing date, and whether discovery must be conducted prior to the filing of the motions.

**A FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

Initials of Deputy Clerk_JL