```
Alan E. Wisotsky (SBN 68051)
Jeffrey Held (SBN 106991)
LAW OFFICES OF ALAN E. WISOTSKY
300 Esplanade Drive, Suite 1500
Oxnard, California  93036
Tel:     (805) 278-0920
Fax:     (805) 278-0289
E-mail:  lawyers@wisotskylaw.com

Attorneys for Defendants, COUNTY OF
VENTURA, VENTURA COUNTY SHERIFF'S
DEPARTMENT, and SHERIFF BOB BROOKS
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES VELASQUEZ, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE COUNTY OF VENTURA, THE VENTURA COUNTY SHERIFF'S DEPARTMENT, VENTURA COUNTY SHERIFF BOB BROOKS, an individual, and DOES 1-10,<br><br>Defendants. | No. CV10-10080 CBM (PJWx)<br><br>[~~PROPOSED~~] ORDER:<br>(1) CONTINUING FRCP 16(b) SCHEDULING CONFERENCE;<br>(2) CONTINUING DEADLINE BY WHICH CLASS CERTIFICATION MOTION MUST BE FILED |

The Honorable Consuelo B. Marshall, United States District Judge, finds good cause, based upon the concurrently filed stipulation of the parties, to order as follows:

1. The 16(b) scheduling conference is rescheduled from May 9, 2011, to July 18, 2011, at 11:00 a.m. in Courtroom 2;

2. The deadline by which plaintiffs must file the class certification motion is continued from June 1, 2011, to August 15, 2011;

1

1  [3. ~~To be used only in the event that the Court denies the~~
2  ~~request to continue the 16(b) scheduling conference~~ — The schedul-
3  ~~ing conference is continued from May 9, 2011, to May 16, 2011 (or~~
4  ~~whatever date thereafter is convenient to the~~
5  ~~Court's calendar).]~~ **No Further Continuances.**
6  
7  **IT IS SO ORDERED.**
8  
9  Dated: April 27, 2011
10                                              CONSUELO B. MARSHALL
                                                United States District Judge