# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-10080-CBM (PJWx) | Date | June 24, 2011 |
|---|---|---|---|
| Title | Charles Velasquez v. The County of Ventura, et al. | | |

| Present: The Honorable | PATRICK J. WALSH, UNITED STATES MAGISTRATE JUDGE |
|---|---|
| Celia Anglon-Reed | CS 06/24/2011 |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Brian A. Vogel | Jeffrey B. Held |

**Proceedings:** Telephonic Hearing Regarding Plaintiff's Ex Parte Application for Order Shortening Time to be heard on Motion to Compel

The case is called and appearances are made. The Court addresses Plaintiff's ex parte application for order shortening time to be heard on motion to compel. Plaintiff's counsel seeks the names, addresses, and telephone numbers of potential class members, i.e., individuals who were improperly held in county jail during the relevant time frame. Defendants object based on privacy. The Court overrules Defendants' objections and orders them to produce discovery to Plaintiff's counsel under the following protective order: **The contact information is to be kept confidential and to be shared only with Plaintiff's litigation team, i.e., anyone essential to prosecuting this action. Counsel is not to share it with anyone outside that team, including his client, absent court order.**

Defendants are ordered to produce the discovery on a rolling basis and aim to complete document production by July 8, 2011. Each side shall bear its own costs and attorney's fees.

The motion hearing scheduled for July 18, 2011 at 12:15 p.m. is taken OFF calendar.

cc:

Brian A. Vogel
Law Offices of Brian A Vogel
770 County Square Drive
Suite 104
Ventura, CA 93003

Jeffrey B. Held
Alan E Wisotsky Law Offices
300 Esplanade Drive
Suite 1500
Oxnard, CA 93036

S:\PJW\Cases-X\Velasquez v. County of Ventura\MO_tele hrg re exparte shortening time.wpd

 : 20

Initials of Preparer   ca