1  BRIAN VOGEL, SBN 167493
2  brian@bvogel.com
   THE LAW OFFICES OF BRIAN A. VOGEL, PC
3  770 County Square Drive, Suite 104
   Ventura, CA 93003
4  Telephone: (805) 654-0400
5  Facsimile: (805) 654-0326

6
   Attorney for Plaintiff
7  CHARLES VELASQUEZ, individually and on
   behalf of all others similarly situated.
8

9
                 UNITED STATES DISTRICT COURT
10
                 CENTRAL DISTRICT OF CALIFORNIA
11

12

13  CHARLES VELASQUEZ, an individual    )   Case No. CV10-10080 CBM(PWJx)
    on behalf of himself and all others  )
14  similarly situated,                  )   **VELASQUEZ V. COUNTY OF**
                                         )   **VENTURA CLASS ACTION**
15             Plaintiff,                )
                                         )   **PLAINTIFF'S REQUEST FOR**
16        vs.                            )   **JUDICIAL NOTICE IN SUPPORT**
                                         )   **OF MOTION FOR ATTORNEYS'**
17  THE COUNTY OF VENTURA, THE           )   **FEES**
18  VENTURA COUNTY SHERIFF'S             )
    DEPARTMENT, VENTURA COUNTY           )   **[Filed concurrently with Motion,**
19  SHERIFF BOB BROOKS, AN               )   **Declarations of Brian A. Vogel and**
    INDIVIDUAL, AND DOES 1-10            )   **Heather A. Quest and [Proposed]**
20                                       )   **Order]**
21             Defendants.               )
                                         )   Date:  T.B.D.
22  _____  )   Time: T.B.D.
23                                           Courtroom: 2
24

25

26

27

28

1    Plaintiff, by and through his attorney, hereby requests that the Court take judicial

2   notice pursuant to Federal Rule of Evidence 201 of the following facts:

3    On March 9, 2010 the United States Bankruptcy Court for the Central District,

4   Santa Ana Division issued an order granting the interim fee application submitted in *In re*

5   *Fremont General Corporation*, Case No. 8:08-bk-13421-ES (Bankr. C.D. Cal.) which

6   approved the hourly rates submitted by Los Angeles-based attorneys with Klee, Tuchin,

7

8   Bogdanoff & Stern LLP and with Stutman, Treister & Glatt, P.C.  Both firms had filed

9   applications for interim compensation with the court on December 30, 2009 and

10

11  December 29, 2009, respectively.   The attached Exhibits A through E are true and correct

12  copies of various exhibits submitted in support of the applications for interim

13

14  compensation referenced above and were taken directly from the Court's Pacer website.

15

16          Exhibit A:          March 9, 2010 Order.

17          Exhibit B:          Exhibit 1 to the Application of Compensation filed by Klee,

18                              Tuchin, Bogdanoff & Stern LLP which shows a summary of

19
20                              the backgrounds and qualifications of the firm's attorneys

21                              who rendered services in the matter.

22          Exhibit C:          Exhibit 4 to the Application of Compensation filed by Klee,

23                              Tuchin, Bogdanoff & Stern LLP which shows the hourly rates

24
25                              of all the firm's professionals and paraprofessionals who

26                              rendered services in the matter.

27          Exhibit D:          Exhibit A to the Application of Compensation filed by

28

1

Stutman, Treister & Glatt, P.C. which shows a summary of the backgrounds and qualifications of the firm's attorneys who rendered services in the matter.

Exhibit E:       Exhibit B to the Application of Compensation filed by Stutman, Treister & Glatt, P.C. which shows the hourly rates of all the firm's professionals who rendered services in the matter.

Dated: November 15, 2011        THE LAW OFFICES OF BRIAN A. VOGEL, PC


By: _*Brian Vogel*_
BRIAN A. VOGEL
Attorney for Plaintiff Charles Velasquez

2

# EXHIBIT A

1  THEODORE B. STOLMAN (State Bar No. CA 52099)
   TStolman@Stutman.com
2  WHITMAN L. HOLT (State Bar No. CA 238198)
   WHolt@Stutman.com
3  STUTMAN, TREISTER & GLATT, P.C.
4  1901 Avenue of the Stars, 12th Floor
   Los Angeles, CA  90067
5  Telephone:     (310) 228-5600
   Facsimile:     (310) 228-5788
6
7  ROBERT W. JONES (State Bar No. TX 10951200)
   RWJones@pattonboggs.com
8  BRENT R. MCILWAIN (State Bar No. TX 24013140)
   BMcIlwain@pattonboggs.com
9  PATTON BOGGS LLP
   2000 McKinney Avenue, Suite 1700
10 Dallas, TX  75201-8001
   Telephone:     (214) 758-1500
11 Facsimile:     (214) 758-1550
12
   Reorganization Counsel for Debtor and Debtor in Possession
13
   Debtor's Mailing Address:
14 175 N. Riverview Drive
   Anaheim, CA  92808
15

| FILED & ENTERED |
|---|
| MAR 09 2010 |
| CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY steinber  DEPUTY CLERK |

15           UNITED STATES BANKRUPTCY COURT
16            CENTRAL DISTRICT OF CALIFORNIA
                 SANTA ANA DIVISION

17 In re:                          §  Case No. 8:08-bk-13421-ES
                                   §
18 FREMONT GENERAL CORPORATION,    §  CHAPTER 11
   a Nevada corporation,           §
19                                 §  ORDER REGARDING INTERIM FEE
                                   §  APPLICATIONS OF (1) WEILAND,
20 Debtor.                         §  GOLDEN, SMILEY, WANG EKVALL &
                                   §  STROK, LLP; (2) STUTMAN,
21 Tax I.D. 95-2815260             §  TREISTER & GLATT, P.C.; (3)
                                   §  KLEE, TUCHIN, BOGDANOFF &
22                                 §  STERN LLP; (4) FTI CONSULTING,
                                   §  INC.; AND (5) EPSTEIN BECKER &
23                                 §  GREEN, P.C.
                                   §
24                                 §
                                   §        Hearing
25                                 §  Dates:   February 11, 2010
                                   §  Time:    10:30 a.m.
26                                 §  Place:   Courtroom 5A
                                   §           411 West Fourth St.
27                                 §           Santa Ana, California
                                   §
28 _____§

1      WHEREAS, these matters having come before the Court upon:

2   • (1) the *Fourth Interim Application for Allowance and Payment of*

3   *Fees and Reimbursement of Expenses of Weiland, Golden, Smiley,*

4   *Wang Ekvall & Strok, LLP, Counsel for the Official Committee of*

5   *Equity Holders* (the "WG Application" [Docket No. 1348]) filed by

6   Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP ("WG");

7   • (2) the *Fourth Application of Stutman, Treister & Glatt, P.C. for*

8   *Allowance and Payment of Interim Compensation and Reimbursement of*

9   *Expenses as the Debtor's Co-Reorganization Counsel for the Period*

10  *of August 1, 2009 - November 30, 2009* (the "ST&G Application"

11  [Docket No. 1349]) filed by Stutman, Treister & Glatt, P.C.

12  ("ST&G");

13  • (3) the *Fourth Application of Klee, Tuchin, Bogdanoff & Stern LLP*

14  *for Allowance and Payment of Interim Compensation and*

15  *Reimbursement of Expenses as Counsel to the Official Committee of*

16  *Unsecured Creditors Appointed in the Chapter 11 Case of Fremont*

17  *General Corporation for the Period August 1, 2009 Through November*

18  *30, 2009* (the "KTBS Application" [Docket No. 1357]) filed by Klee,

19  Tuchin, Bogdanoff & Stern LLP ("KTBS");

20  • (4) the *Fourth Interim Application of FTI Consulting, Inc., for*

21  *Allowance and Payment of Compensation and Reimbursement of*

22  *Expenses For the Period August 1, 2009 Through November 30, 2009*

23  *and Response to Objections to FTI's Third Interim Application for*

24  *Allowance and Payment of Compensation and Reimbursement of*

25  *Expenses* (the "FTI Application" [Docket No. 1359]) filed by FTI

26  Consulting, Inc. ("FTI"); and

27  • (5) the *Fourth Application of Epstein Becker & Green, P.C. for*

28  *Allowance and Payment of Interim Compensation and Reimbursement of*

1    *Expenses as the Debtor's Special Litigation Counsel for the Period*

2    *of August 1, 2009 - November 30, 2009* (the "EBG Application"

3    [Docket No. 1365]) filed by Epstein Becker & Green, P.C. ("EBG").

4            WHEREAS, on or about January 28, 2010, the Official

5    Committee of Equity Holders (the "OEC") filed that certain *Official*

6    *Committee of Equity Holders' Limited Objection to the Interim Fee*

7    *Applications of (1) Stutman, Treister & Glatt, P.C.; (2) FTI*

8    *Consulting, Inc.; (3) Klee, Tuchin, Bogdanoff & Stern LLP; and (4)*

9    *Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP* (the "Limited

10   Objection" [Docket No. 1502]), in which the OEC argued that prior

11   "holdbacks" should remain in place for the four professionals

12   subject to the Limited Objection.

13           WHEREAS, a hearing was held before the Court on February

14   11, 2010 to consider the WG Application, the ST&G Application, the

15   KTBS Application, the FTI Application, and the EBG Application,

16   with appearances as noted on the record (the "Hearing").

17           WHEREAS, for the reasons stated by the Court at the

18   Hearing, the Court has concluded that it is appropriate to approve,

19   on an interim basis, the fees and expenses requested in the WG

20   Application, the ST&G Application, the KTBS Application, the FTI

21   Application, and the EBG Application, as well as to authorize the

22   full payment of all "holdbacks" from prior interim application

23   periods.

24           **NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND**

25   **DECREED THAT:**

26           1.    The Limited Objection is OVERRULED in its entirety;

27           2.    The WG Application is GRANTED;

28           3.    The ST&G Application is GRANTED;

2

1        4.   The KTBS Application is GRANTED;

2        5.   The FTI Application is GRANTED;

3        6.   The EBG Application is GRANTED;

4        7.   All prior "holdbacks" applicable to previously

5    approved interim fees of WG, ST&G, KTBS, and FTI are lifted;

6        8.   WG is allowed, on an interim basis, $524,143.50 as

7    reasonable compensation for actual, necessary services rendered to

8    the OEC during the subject application period;

9        9.   WG is allowed, on an interim basis, $27,711.79 as

10   reimbursement for actual, necessary expenses incurred by WG during

11   the subject application period;

12       10.  ST&G is allowed, on an interim basis, $617,380.00 as

13   reasonable compensation for actual, necessary services rendered to

14   Fremont General Corporation (the "Debtor") during the subject

15   application period;

16       11.  ST&G is allowed, on an interim basis, $41,414.14 as

17   reimbursement for actual, necessary expenses incurred by ST&G

18   during the subject application period;

19       12.  KTBS is allowed, on an interim basis, $861,816.00 as

20   reasonable compensation for actual, necessary services rendered to

21   the Official Committee of Unsecured Creditors during the subject

22   application period;

23       13.  KTBS is allowed, on an interim basis, $48,262.72 as

24   reimbursement for actual, necessary expenses incurred by KTBS

25   during the subject application period;

26       14.  FTI is allowed, on an interim basis, $249,175.08 as

27   reasonable compensation for actual, necessary services rendered to

28   the Debtor during the subject application period;

1         15.   FTI is allowed, on an interim basis, $8,836.77 as

2  reimbursement for actual, necessary expenses incurred by FTI during

3  the subject application period;

4         16.   EBG is allowed, on an interim basis, $3,392.50 as

5  reasonable compensation for actual, necessary services rendered to

6  the Debtor during the subject application period;

7         17.   EBG is allowed, on an interim basis, $367.67 as

8  reimbursement for actual, necessary expenses incurred by EBG during

9  the subject application period;

10        18.   The Debtor is authorized and directed to pay

11  forthwith (i) to WG, $185,887.96, which is the sum of the approved

12  fees and costs approved but not paid during the subject application

13  period, *plus* approved amounts subject to a "holdback" from the

14  prior two interim application periods; (ii) to ST&G, $357,623.00,

15  which is the sum of the approved fees and costs approved but not

16  paid during the subject application period, *plus* approved amounts

17  subject to a "holdback" from the prior two interim application

18  periods; (iii) to KTBS, $365,723.10, which is the sum of the

19  approved fees and costs approved but not paid during the subject

20  application period, *plus* approved amounts subject to a "holdback"

21  from the prior two interim application periods; (iv) to FTI,

22  $208,570.17, which is the sum of the approved fees and costs

23  approved but not paid during the subject application period, *plus*

24  approved amounts subject to a "holdback" from the prior two interim

25  application periods; and (v) to EBG, $678.50, which is the approved

26  fees and costs approved but not paid during the subject application

27  period;

28        19.   Neither the payment of, nor the failure to pay, in

1  whole or in part, nor the failure of any party to object to, the

2  interim compensation and reimbursement sought in the WG

3  Application, the ST&G Application, the KTBS Application, the FTI

4  Application, or the EBG Application, shall bind any party in

5  interest or this Court with respect to the final allowance of such

6  compensation and reimbursement; and

7     20. This Court shall retain jurisdiction over any matter

8  or dispute arising from or relating to the implementation of this

9  Order.

10

11  Presented by:

12  /s/Whitman L. Holt

  THEODORE B. STOLMAN

13  WHITMAN L. HOLT
  STUTMAN, TREISTER & GLATT

14  PROFESSIONAL CORPORATION

15  – and –

16  ROBERT W. JONES
  BRENT R. MCILWAIN

17  PATTON BOGGS LLP

18  Reorganization Counsel for Debtor and Debtor in Possession

19                ###

20

21

22

23

24  DATED: March 9, 2010

            _United States Bankruptcy Judge_

25

26

27

28

          5

| In re: FREMONT GENERAL CORP.; | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:08-bk-13421-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
- Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 1901 Avenue of the Stars, 12th Floor, Los Angeles, CA  90067.

The foregoing document described **[Proposed] ORDER REGARDING INTERIM FEE APPLICATIONS OF (1) WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP; (2) STUTMAN, TREISTER & GLATT, P.C.; (3) KLEE, TUCHIN, BOGDANOFF & STERN LLP; (4) FTI CONSULTING, INC.; AND (5) EPSTEIN BECKER & GREEN, P.C.** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
   None.

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On February 16, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

   See following page.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ ___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 02/16/2010 | Melissa Altamirano | /s/ Melissa Altamirano |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                **F 9013-3.1**

| In re: FREMONT GENERAL CORP., | CHAPTER 11 |
| | |
| Debtor(s). | CASE NUMBER 8:08-bk-13421-ES |

### SERVICE BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

### SERVICE BY U.S. MAIL

| | |
|---|---|
| The Honorable Erithe Smith<br>USBC - Central District of California<br>Ronald Reagan Federal Building and<br>United States Courthouse<br>411 West Fourth Street, Ste. 5041<br>Santa Ana, CA 92701-4593 | Fremont General Corporation<br>175 N. Riverview Drive<br>Anaheim, CA 92808<br>Attention: General Counsel |
| United States Trustee<br>411 West Fourth Street, Suite 9041<br>Santa Ana, CA 92701-4593 | Attys for Official Committee of Unsecured<br>Creditors<br>Klee, Tuchin, Bogdanoff & Stern LLP<br>Attn: Lee R. Bogdanoff, Esq.<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, CA 90067-6049 |
| Attys for the Official Committee of Equity Security<br>Holders<br>Weiland, Golden, et al.<br>Attn: Evan D. Smiley, Esq.<br>650 Town Center Drive, Suite 950<br>Costa Mesa, CA 92626 | |

### SERVICE BY OVERNIGHT

| | |
|---|---|
| | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

| In re: FREMONT GENERAL CORP., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:08-bk-13421-ES |

**NOTE TO USERS OF THIS FORM:**

1)  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2)  The title of the judgment or order and all service information must be filled in by the party lodging the order.
3)  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER REGARDING INTERIM FEE APPLICATIONS OF (1) WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP; (2) STUTMAN, TREISTER & GLATT, P.C.; (3) KLEE, TUCHIN, BOGDANOFF & STERN LLP; (4) FTI CONSULTING, INC.; AND (5) EPSTEIN BECKER & GREEN, P.C.** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of February 16, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

> See following page.

☒ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

> See following page.

☒ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                   **F 9021-1.1**

| In re: FREMONT GENERAL CORP., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:08-bk-13421-ES |

### SERVICE BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Kyra E Andrassy on behalf of Interested Party Official Committee of Equity Holders
kandrassy@wgllp.com

Kristen N Beall on behalf of Debtor Fremont General Corporation
kbeall@pattonboggs.com, bmcilwain@pattonboggs.com

Dustin P Branch on behalf of Creditor iStar Financial, Inc.
dustin.branch@kattenlaw.com

Frank Cadigan on behalf of U.S. Trustee United States Trustee (SA)
frank.cadigan@usdoj.gov

Gary O Caris on behalf of Creditor Wells Fargo Bank, N.A.
gcaris@mckennalong.com, pcoates@mckennalong.com

Lisa W Chao on behalf of Plaintiff Insurance Commissioner of the State of California
lisa.chao@doj.ca.gov

Eric A Cook on behalf of Debtor Fremont General Corporation
ecook@ebglaw.com

Kristopher Davis on behalf of Special Counsel Epstein Becker & Green, P.C.
ksdavis@ebglaw.com

Ted A Dillman on behalf of Interested Party Official Committee of Equity Security Holders
Ted.dillman@lw.com

Willis B Douglass on behalf of Creditor United States of America IRS
Willis.B.Douglass@irscounsel.treas.gov

Jesse S Finlayson on behalf of blank New York State Teachers' Retirement System
jfinlayson@faw-law.com, wmills@faw-law.com

Peter J Gurfein on behalf of Creditor HSBC Bank USA, National Association
pgurfein@akingump.com

Matthew Heyn on behalf of Creditor Committee Official Committee of Unsecured Creditors of Fremont General
Corporation
mheyn@ktbslaw.com

Whitman L Holt on behalf of Consultant FTI Consulting, Inc.
wholt@stutman.com

Mark D Houle on behalf of Creditor Bank Of New York
mark.houle@pillsburylaw.com

Michelle Hribar on behalf of Interested Party James McIntyre
mhribar@rutan.com

Derek J Kaufman on behalf of Attorney Ranch Capital, LLC & RC Fremont, LLC
derek.kaufman@mto.com

William H. Kiekhofer on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION
wkiekhofer@mcguirewoods.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

F 9021-1.1

| In re:  FREMONT GENERAL CORP., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:08-bk-13421-ES |

Lewis R Landau on behalf of Interested Party Alan Faigin
lew@landaunet.com

Thomas A. Lee 2 on behalf of Creditor American Express Travel Related Services Co Inc Corp Card
notices@becket-lee.com

Kerri A Lyman on behalf of Defendant David DePillo
klyman@irell.com

Robert S Marticello on behalf of Interested Party Official Committee of Equity Holders
Rmarticello@wgllp.com

Neeta Menon on behalf of Debtor Fremont General Corporation
nmenon@stutman.com

Sarah D Moyed on behalf of Interested Party Courtesy NEF
moyeds@sec.gov

Aram Ordubegian on behalf of Creditor Wells Fargo Bank, N.A.
ordubegian.aram@arentfox.com

David L Osias on behalf of Interested Party Kelly Capital, LLC
bcrfilings@allenmatkins.com, dosias@allenmatkins.com

Jonathan Petrus on behalf of Creditor Tennenbaum Capital Partners
jpetrus@ktbslaw.com

David M Poitras on behalf of Creditor Fremont Reorganizing Corporation (f/k/a Fremont Investment & Loan)
dpoitras@jmbm.com

Christopher E Prince on behalf of Creditor New World Group
cprince@lesnickprince.com

Michael B Reynolds on behalf of Stockholder James McIntyre
mreynolds@swlaw.com, kcollins@swlaw.com

John P Schafer on behalf of Interested Party Signature Group Holdings LLC
jps@mandersonllp.com

Sarah Seewer on behalf of Interested Party Courtesy NEF
sarah.seewer@kirkland.com

Jonathon Shenson on behalf of Attorney Klee, Tuchin, Bogdanoff & Stern LLP
jshenson@ktbslaw.com

Evan D Smiley on behalf of Creditor Committee Official Committee of Unsecured Creditors of Fremont General Corp.
esmiley@wgllp.com

Philip E Strok on behalf of Debtor Fremont General Corporation
pstrok@wgllp.com

Samuel J Teele on behalf of blank New York State Teachers' Retirement System
steele@lowenstein.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

F 9021-1.1

| In re: FREMONT GENERAL CORP., | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 8:08-bk-13421-ES |

Thomas J Welsh on behalf of Plaintiff Insurance Commissioner of the State of California
tomwelsh@orrick.com

Alan Z Yudkowsky on behalf of Creditor Water Garden Company L.L.C.
ayudkowsky@stroock.com

Scott H Yun on behalf of Debtor Fremont General Corporation
syun@stutman.com

## SERVED BY THE COURT/BNC

| Fremont General Corporation<br>175 N. Riverview Drive<br>Anaheim, CA 92808<br>Attention: General Counsel | <u>Counsel for the Debtor</u><br>Theodore B. Stolman<br>Whitman L. Holt<br>STUTMAN, TREISTER & GLATT P.C.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067 |
|---|---|

## TO BE SERVED BY THE DEBTOR BY U.S. MAIL

| | |
|---|---|
| | |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                          **F 9021-1.1**

# EXHIBIT B

# EXHIBIT 1

## EXHIBIT 1

### BIOGRAPHIES OF CERTAIN MEMBERS OF
### KLEE, TUCHIN, BOGDANOFF & STERN LLP

**Kenneth N. Klee** is a founding member of KTB&S and a Professor at the UCLA School of Law.

Mr. Klee was admitted to practice in 1975 before the bars of California and District of Columbia. He was admitted to the New York bar in 1996. His preparatory education was at Stanford University where he received his A.B. in Economics, with great distinction, in 1971. He is a member of Phi Beta Kappa fraternity. He earned his J.D. degree from Harvard University, graduating cum laude, in 1974.

Mr. Klee served as a contributing editor to Collier on Bankruptcy from 1979 until 1996 and a consulting editor from 1980 to 1996.

At the UCLA School of Law, Mr. Klee teaches courses in bankruptcy law and Chapter 11 business reorganizations law, and a business simulation/clinical course dedicated to the topic of creating value through the renegotiation of business agreements. During the 1995-96 academic year, Professor Klee taught courses in bankruptcy and a seminar in business reorganizations at Harvard Law School as the Robert Braucher Visiting Professor from Practice. He taught the course "Chapter 11 Business Reorganizations" at the UCLA School of Law from 1979-94 and in 1997, and at the University of Southern California Law Center in 1983.

Mr. Klee has participated, since 1975, on several hundred programs for the continuing education of the bar in the area of bankruptcy and business reorganizations. He is serving for a second time as a Lawyer Representative to the 9th Circuit Judicial Conference. Mr. Klee also serves as a member of The American Law Institute and was an Adviser on its Transnational Insolvency Project. In addition, he is a founding member of the International Insolvency Institute. Mr. Klee is also a member of the Board of Governors of the Financial Lawyers Conference of Los Angeles. He served as member of the executive committee of the National Bankruptcy Conference from 1985 to 1988 and 1992 to 2000 and served as Chair of the National Bankruptcy Conference's legislation committee from 1992-2000. Mr. Klee was Associate Counsel, Committee on Judiciary, U.S. House of Representatives 1974-1977, where he was a principal draftsperson of the Bankruptcy Code. Since then, he has served periodically as a bankruptcy consultant to the House Judiciary Committee, 1977-1982, and to the United States Department of Justice, 1983-1984.

Mr. Klee served from 1992-2000 as a member of the Advisory Committee on Bankruptcy Rules of the United States Judicial Conference. In June, 1994, he led a mission to China sponsored by the International Republican Institute to assist in the writing of the Chinese Bankruptcy Laws.

Representative clients of Mr. Klee have included: Equity investors in 203 N. La Salle Street Assocs.; Boston Chicken Plan Trust as majority equity owner of Einstein/Noah Bagel Corp.; First Trust and Bank of New York, trustees, as appellees before the New York Court of Appeals and the United States Court of Appeals for the Eleventh Circuit in Chemical Bank v. First Trust (In re Southeast Banking Corp.); Maxwell Communication Corp. PLC, as appellant before the United States Court of Appeals for the Second Circuit in Maxwell Communication Corp. PLC v. Societe Generale, et al; the out-of-court Bondholders' Steering Committee in Primestar; 400 South Hope Street Associates L.P., in which he served as lead debtor's counsel; the debtors in Barney's Inc., et al, as debtors' special counsel; the debtors in Anacomp, Inc.; the debtors in Sun World; the debtors in the five administratively consolidated Standard Brands Paint Company cases; the debtor in Financial Corporation of America; the creditors' committees in the Adelphia, Del Taco, Iridium, Papercraft and Griffin Resorts, Inc. chapter 11 cases; the noteholders' committee in PG&E National Energy Group, the out-of-court bondholders' committees in the Charter Medical and Orion Pictures restructurings; and Pennzoil, in the Texaco Inc. chapter 11 case. He also has served as an expert witness in over 40 matters.

3

**Lee R. Bogdanoff** is a founding member and co-manager of KTBS. Mr. Bogdanoff graduated Phi Beta Kappa from the University of California, Davis, where he was a Regent Scholar, with a Bachelor of Arts Degree in History and Political Science. He graduated, Order of the Coif, from Boalt Hall School of Law at the University of California, Berkeley in 1985. He served as law clerk to the Honorable David Thompson, United States Court of Appeals for the Ninth Circuit Court, from 1985 to 1986.

Mr. Bogdanoff's practice includes representation of debtors in and out-of-court, creditors' committees (bondholder, trade), secured creditors (including debtor in possession lenders) and acquirers of assets and debt positions. He has served as lead counsel in some of the largest chapter 11 cases pending at the time. For example, he successfully reorganized Dolco Packaging Corporation (a publicly held manufacturer), Liquor Barn (a publicly held retail chain), First Executive Corporation (a publicly held parent of Executive Life), Merksamer Jewelers (a large retail jewelry chain), DEP Corporation (a publicly held manufacturer), Westmoreland Coal Company (a publicly held energy company), with Mr. Tuchin, Barry's Jewelers (a publicly held jewelry chain), Matthews Studio Equipment Group (production equipment for the entertainment industry), Outsource International (temporary employment services), Sun World International (farming operations), Anacomp, Inc. (information, document storage and retrieval technology company), and Custom Food Products (specialty meat products). Mr. Bogdanoff was one of the primary attorneys representing Orange County, California in its Chapter 9 bankruptcy, and currently serves as counsel for the chapter 7 trustee in IndyMac Bancorp, Inc.

His recent creditors' committee practice includes unsecured and secured bondholder groups in Fremont General Corporation, Heartland Automotive Holdings, Inc., Pliant Corporation, Performance Transportation, ICO Global, Quokka Sports, Inc., ZiLOG, Inc. and National Energy & Gas Transmission, Inc. His lender representations include Ableco Finance LLC. and Dymas Capital Management Company, LLC.

Mr. Bogdanoff is a member of the Board of Directors of the Financial Lawyers Conference of Los Angeles. Mr. Bogdanoff wrote the seminal article on asset sales in bankruptcy (published in the Business Lawyer) and his article regarding insolvency analysis was published in the Distressed Business & Real Estate Newsletter. Mr. Bogdanoff frequently lectures on bankruptcy-related topics. He has participated on panels for the American Bar Association, the Los Angeles County Bar Association, the State Bar of California, and the Financial Lawyers Conference of Los Angeles.

Mr. Bogdanoff is a Fellow in the American College of Bankruptcy and was named one of the Outstanding Young Bankruptcy Lawyers of the Year in 2000 by Turnarounds and Workouts. He was also named in the K&A Restructuring Register as one of America's top 75 restructuring lawyers and one of the top 16 restructuring lawyers in California, the 2007 Century City Bankruptcy Lawyer of the Year, and is listed in The Best Lawyers in America®, Chambers USA and Who's Who Legal (Insolvency & Restructuring), among other honors.

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: (310) 407-4000

4

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: (310) 407-4000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Martin R. Barash** is a member of KTB&S. Mr. Barash graduated magna cum laude, from Princeton University with an A.B. degree in politics and a certificate with distinction in American studies. He graduated from the UCLA School of Law in 1992, prior to which time he served as editor and the business manager for the UCLA Law Review. From 1992 to 1993, he served as law clerk to the Honorable Procter R. Hug Jr., U.S. Court of Appeals for the Ninth Circuit.

Mr. Barash has concentrated his practice since 1993 on chapter 11 cases, out-of-court workouts, bankruptcy litigation and appeals, representing debtors, secured creditors, creditors' committees, and large creditors in a wide range industries including communications, distribution and shipping, entertainment, food service, manufacturing, health care, hospitality, real estate, retail, telecommunications, technology, and telemarketing.

Mr. Barash is co-author of numerous papers, including most recently, The Shifting Balance Of Power Between Lessors And Lessees In Business Reorganization Cases: A Review Of New Lease Provisions In The Bankruptcy Abuse Prevention And Consumer Protection Act Of 2005 (2005), published in an anthology focusing on the 2005 revisions to the Bankruptcy Code. He has taught courses in the Department of Business Law, California State University, Northridge, and has been a panelist on bankruptcy law issues for the American Bankruptcy Institute, the California Bankruptcy Forum, the Los Angeles Bankruptcy Forum, Lorman Seminars and the Practicing Law Institute.

Mr. Barash currently serves as Co-Chair of the American Bankruptcy Institute's Bankruptcy Battleground West, and is a member of the American Bankruptcy Institute, the Financial Lawyers Conference, the Los Angeles Bankruptcy Forum, and the Business Law section of the State Bar of California and the American Bar Association. Mr. Barash also serves as Vice President and a Director of the Junior Statesman Foundation, a non-partisan, non-profit foundation supporting civics programs for high school students.

Mr. Barash is admitted to practice before the Ninth Circuit U.S. Court of Appeals, the Tenth Circuit U.S. Court of Appeals, and the United States District Courts for the Central, Southern, Northern and Eastern Districts of California and the District of Colorado.

**Jonathan S. Shenson** is a member of KTB&S. Mr. Shenson received his B.A. from the University of California, Santa Barbara in 1993, where he graduated first in his class in the economics department. Mr. Shenson received his J.D. from the University of California, Los Angeles in 1996. While at UCLA, he participated in the law school's Moot Court Honors Program and was a member of the Pacific Basin Law Journal. After graduation, he served as a law clerk to the Honorable Edward D. Jellen, United States Bankruptcy Court for the Northern District of California, from 1996 to 1998.

Mr. Shenson's practice includes representation of debtors, secured creditors (including debtor in possession lenders), committees, acquirers, and other parties in chapter 11 cases, out-of-court restructurings, work-outs, acquisitions and assignments for the benefit of creditors. Mr. Shenson has been involved in countless chapter 11 cases. On the debtor side, among other chapter 11 representations, Mr. Shenson has represented National R.V. Holdings, Inc. (ninth largest manufacturer of "Class A" motor homes), Ronco Corporation (marketer of proprietary consumer products for the kitchen and home through infomercials), PrediWave Corporation (international technology company which designed and sold revolutionary content delivery system for use by broadband digital service providers), Assisted Living Concepts, Inc. (owner and operator of assisted living facilities), Paragon Steakhouse Restaurants, Inc. (owner and operator of steakhouses) and KeraVision (a developer and provider of non-laser vision correction product). On the creditor side, Mr. Shenson has represented the official committee of unsecured creditors in the chapter 11 filings of MedPartners Provider Network, Inc. (a healthcare provider network) and Superior National Insurance Group, Inc. (a workers' compensation

insurer), and is currently representing the official committee of unsecured creditors in the chapter 11 case of Fremont General Corporation (a bank holding company). Mr. Shenson has also represented secured creditors in many chapter 11 cases, including, by way of illustration, BH S&B Holdings, Inc. (the second chapter 11 filing of Steve & Barrys, a retailer), InterDent, Inc. (a dental group management company), Global Health Sciences (a nutritional supplement company) and Remediation Capital Corporation (a remediation company).

Mr. Shenson's practice also includes representation of agents and lenders, borrowers and other parties in a broad array of credit transactions, including syndicated, single-bank, secured, unsecured, senior and subordinated credits and credit enhancement facilities.

Mr. Shenson has lectured on various topics related to bankruptcy law, including deepening insolvency, fiduciary duties of officers and directors of distressed companies, real estate leases in bankruptcy and the 2005 Amendments to the Bankruptcy Code. Most recently, Mr. Shenson served as a panelist at the American Bankruptcy Institute's 16th Annual Bankruptcy Battleground West where he lectured on the current state of the law with regard to whether and to what extent creditors in bankruptcy cases (secured, undersecured and unsecured) are entitled to interest, fees and costs on their claims.

Mr. Shenson is admitted to practice law in the United States District Courts for the Northern, Eastern, Central and Southern Districts of California, as well as in the Ninth Circuit Court of Appeals. He is a member of the American Bankruptcy Institute, the Turnaround Management Association, the California Bar Association and the Financial Lawyers Conference. Mr. Shenson has also served on the State Bar of California's Insolvency Law Committee.

**Jennifer L. Dinkelman** is a member of KTB&S. Ms. Dinkelman graduated cum laude from Loyola Marymount University in 1994, where she was the Outstanding Graduate, Department of Marketing and Business Law, with a Bachelor of Business Administration. From 1994 to 1996, Ms. Dinkelman worked for a company that provided management and administrative services to advertising and marketing professional associations in Los Angeles. Ms. Dinkelman graduated from Northwestern University School of Law in 1999 where she was a member of the Journal of International Law and Business.

Ms. Dinkelman represents clients in both distressed and non-distressed situations. Her practice focuses on representing borrowers and secured lenders in a variety of financing transactions, including senior secured credit facilities, subordinated debt facilities, equipment financings, debtor-in-possession financings, forbearance agreements and other modifications of financing agreements and the enforcement of remedies against collateral. Her practice also includes stock and asset acquisition transactions, including 363 sales. In addition, Ms. Dinkelman provides general corporate representation, including preparing incorporation and founder equity documentation, establishing equity incentive programs and negotiating the relationships between companies and their employers, suppliers and customers.

KLEE, TUCHIN, BOGDANOFF & STEIN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: (310) 407-4000

6

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: (310) 407-4000

1  **Brian M. Metcalf** is of counsel to KTB&S.  Mr. Metcalf graduated with a Bachelor of Science Degree in Political Science and with a minor in Economics from the University of
2  Oregon in Eugene Oregon, and received his Juris Doctor from the University of Michigan Law School, cum laude in 1999.

3  Mr. Metcalf has significant experience in a broad range of restructuring and bankruptcy
4  matters including representation of corporate debtors, lenders, committees, equity holders, and debt purchasers in Chapter 11 cases, and out-of-court workouts. He also has significant litigation
5  experience in both trial and appellate courts. Mr. Metcalf is admitted in the U.S. District Courts for the Northern, Central and Southern Districts of California and the United States Court of
6  Appeals for the Ninth Circuit.

7  Mr. Metcalf was recognized as a California Rising Star by Law & Politics Media, Inc. in 2006 and 2007.

8

9  **Matthew C. Heyn** is an associate with KTB&S.  Mr. Heyn specializes in bankruptcy litigation, business litigation, and creditors' remedies. Mr. Heyn has a wide and varied practice,
10 representing both plaintiffs and defendants in bankruptcy courts, federal district courts, state courts, and appellate courts. He has represented debtors, secured and unsecured creditors, and
11 trustees in connection with bankruptcy cases, adversary proceedings, appeals, and related commercial litigation. For example, he has assisted in the representation of a special litigation
12 trust formed in the chapter 11 cases of National Century Financial Enterprises, Inc.; the debtor in the Crescent Jewelers bankruptcy; Kaiser Group International, Inc., as appellate counsel in its
13 bankruptcy case; a secured creditor in the bankruptcy case of Ritter Ranch; the debtor in the Peregrine Systems bankruptcy (see, e.g., In re Peregrine Sys., Inc., 319 B.R. 800 (Bankr. D. Del.
14 2005)); and Paramount Pictures in several million-dollar preference cases.  More recently, Mr. Heyn worked on KTB&S's representation of plaintiffs in a lawsuit against Enron's former
15 banks, which was successfully concluded. See, e.g., Enron Corp. v. Citigroup, Inc. (In re Enron Creditors Recovery Corp.), 2008 U.S. Dist. LEXIS 20486 (S.D.N.Y. Mar. 17, 2008); see Kristen
16 Hays, "Citigroup settles in Enron case: Accord results in largest total recovered in bankruptcy," Houston Chronicle available at www.chron.com/disp/story.mpl/special/enron/5651797.html.

17 Mr. Heyn received his Juris Doctor from the University of California, Berkeley School of
18 Law (Boalt Hall) in 2003 and was admitted to the Order of the Coif (an honor reserved for the top 10 percent of the graduating class). At Boalt Hall, Mr. Heyn received the American
19 Jurisprudence Award (indicating the highest grade in the class) in Corporations and Commercial Transactions and the Prosser Award (indicating the second-highest grade in the class) in Real
20 Estate Transactions and Law & Economics. At Boalt, he served on the editorial board of Ecology Law Quarterly. Mr. Heyn also graduated with honors from the University of California,
21 Los Angeles in 2000, with a Bachelor of Arts in Philosophy and Economics. Mr. Heyn is co-author of "The Shifting Balance of Power Between Lessors and Lessees in Business
22 Reorganization Cases: A Review of New Lease Provisions in the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005" and materials that were and will continue to be presented
23 at several American Legal Institute-American Bankruptcy Institute seminars.

24

25

26

27

28

7

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: (310) 407-4000

**David M. Guess** is an associate of KTB&S. Mr. Guess specializes in business reorganization, bankruptcy, and bankruptcy-related litigation at both the trial and appellate court levels. Mr. Guess has a diverse practice, representing debtors, creditors, asset purchasers, and chapter 7 trustees. By way of example, Mr. Guess presently serves as bankruptcy counsel to the owner-developers of Lake Las Vegas, an approximately 3,600-acre master-planned residential and resort destination. Mr. Guess also presently serves as special appellate counsel to Thorpe Insulation Company, a former mechanical insulation contractor with significant asbestos-related liabilities. Previously, Mr. Guess served as bankruptcy counsel to National R.V., formerly the ninth largest manufacturer of "Class A" motor homes in the country. National R.V.'s chapter 11 plan of liquidation was successfully confirmed in December 2008. In 2009, Mr. Guess was named as a "Rising Star" in Super Lawyers Magazine ( Southern California edition).

Mr. Guess received his Juris Doctor from UCLA School of Law in 2005, where he graduated fourth in his class. He is a member of the Order of the Coif. During law school, he served as a Staff Member and, later, as an Editor of UCLA Law Review. Mr. Guess also served as a judicial extern to both the Honorable David G. Sills, Presiding Justice of the California Court of Appeal, Fourth District, Division Three, and to the Honorable Thomas B. Donovan, United States Bankruptcy Judge of the United States Bankruptcy Court for the Central District of California. After law school, Mr. Guess served as a law clerk to the Honorable Maureen A. Tighe, United States Bankruptcy Judge of the United States Bankruptcy Court for the Central District of California. Mr. Guess has authored two published law review articles.

Mr. Guess is licensed to practice law in California, and is admitted to practice before the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California, the United States Court of Appeals for the Ninth Circuit, and the Supreme Court of the United States of America.

**Korin A. Elliott** is an associate with KTB&S. Mrs. Elliott graduated from the University of California, Los Angeles, in 2002 with a B.A. in History, with honors, and a B.A. in English. Before attending law school, Mrs. Elliott taught middle school Math and Science and served as the Vice Principal of a private K-8 school in Los Angeles. She received her J.D. from UCLA School of Law in 2008. During law school, Mrs. Elliott worked on the Women's Law Journal and as a managing editor on The Journal of International Law and Foreign Affairs (JILFA).

Mrs. Elliott is admitted to practice in the State of California, the U.S. District Court for the Central District of California, and the United States Court of Appeals for the Ninth Circuit.

**Kevin E. Deenihan**[10] is an associate with KTBS. Mr. Deenihan received his J.D. from the University of California, Los Angeles in 2008. While attending law school, he was a member of the mock trial team where he received honors as Outstanding Brief Writer and was named a Moot Court semi-finalist. He received his bachelor's degree from the University of California, Berkeley in 2004.

Mr. Deenihan was admitted to practice law by the State Bar of California in 2008.

**Shanda D. Pearson** is a paralegal at KTB&S. She graduated from the Montana State University in 1997 where she majored in Business. Ms. Pearson also received an Associates Degree in Paralegal Studies from May College in 1998. She has been a paralegal since 1999 and has experience in both debtor and creditor representations in chapter 11 reorganizations. Ms. Pearson has also been a member of the Los Angeles Paralegal Association since June 2000.

---

[10]   Mr. Deenihan's last day of employment with KTB&S was November 15, 2009.

# EXHIBIT C

# EXHIBIT 4

EXHIBIT 4

Timekeeper Totals
August 1, 2009 - November 30, 2009

| | | | Billable Hours | No Charge Hours | | Amount |
|---|---|---|---|---|---|---|
| **Partners** | | | | | | |
| Kenneth N. Klee | $ | 925.00 | 1.80 | 0.20 | $ | 1,665.00 |
| Lee R. Bogdanoff | $ | 850.00 | 256.00 | 4.70 | $ | 217,600.00 |
| Martin R. Barash | $ | 675.00 | 5.00 | 1.60 | $ | 3,375.00 |
| Jonathan S. Shenson | $ | 650.00 | 434.60 | 32.50 | $ | 282,490.00 |
| Jennifer L. Dinkelman | $ | 575.00 | 3.90 | | $ | 2,242.50 |
| | | | | | | |
| **Of Counsel** | | | | | | |
| Brian M. Metcalf | $ | 575.00 | 517.60 | 37.30 | $ | 297,620.00 |
| | | | | | | |
| **Associates** | | | | | | |
| Matthew C. Heyn | $ | 495.00 | 0.30 | - | $ | 148.50 |
| David M. Guess | $ | 430.00 | 9.40 | - | $ | 4,042.00 |
| Kori A. Elliott | $ | 300.00 | 97.50 | 22.60 | $ | 29,250.00 |
| Kevin E. Deenihan | $ | 300.00 | 0.40 | 1.50 | $ | 120.00 |
| | | | | | | |
| **Paralegal** | | | | | | |
| Shanda D. Pearson | $ | 215.00 | 108.20 | 18.60 | $ | 23,263.00 |
| | | | | | | |
| **Grand total:** | | | **1,434.70** | **119.00** | **$** | **861,816.00** |

Fremont General Corporation
Case No. 8:08-13421-ES

# EXHIBIT D

1

# Exhibit "A"

2

3
## Qualifications Of All ST&G Professionals

4

5

6

7
[Please see the attached biographies]

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stutman Treister & Glatt: Theodore Stolman — http://www.stutman.com/attorneys-31.html

Case 2:10-cv-10080-CBM -PJW   Document 45   Filed 11/16/11   Page 30 of 39   Page ID
Case 8:08-bk-13421-ES   Doc 1349   Filed 12/29/09   Entered 12/29/09 09:06:54   Desc
Main Document   Page 52 of 63



Home | Firm Overview | Attorneys | Practice Areas | Industry Expertise | News & Events | Recruiting | Contact Us

By Name | By Title | By Law School



## Theodore Stolman
**Shareholder**

Phone: (310) 228-5650
TStolman@Stutman.com
vcard

### EDUCATION
- Villanova University, LL.B., 1966
- Villanova University, B.S., EC., 1963

### PROFESSIONAL AFFILIATIONS
- Los Angeles County Bar Association (Commercial Law and Bankruptcy Section)
- American Bar Association (Business Law Section)
- State Bar of California

### REPRESENTATIVE CLIENTS
- Fremont General Corporation
- Peregrine Entertainment, Inc.
- Leisure Technology, Inc.
- Northview Corporation
- Maguire Thomas Partners
- Applied Magnetics Corporation
- Daewoo Motor America, Inc.
- Store of Knowledge

Mr. Stolman is a senior shareholder of ST&G. He attended Villanova University where he earned his B.S., EC., in 1963 and his LL.B. in 1966. He was admitted to the Pennsylvania bar in 1967 and to the California bar in 1972.

Mr. Stolman began his legal career with the United States Justice Department, Tax Division, in Washington D.C. representing the government's interests in connection with tax claims in pending bankruptcy cases. Following his tenure with the Justice Department, Mr. Stolman relocated to Los Angeles and shortly thereafter joined Stutman, Treister & Glatt. Mr. Stolman has been a member of Stutman, Treister & Glatt since 1973 during which time he has primarily represented the interests of debtors. Included among the notable cases handled by Mr. Stolman were the following: Peregrine Entertainment, Inc. (which resulted in the infamous Peregrine decision concerning the need to perfect security interests in copyrights by registering such interests with the Copyright Office rather than merely relying upon UCC filings); Leisure Technology, Inc.; Northview Corporation; Maguire Thomas Partners; Applied Magnetics Corporation; Daewoo Motor America, Inc.; and Fremont General Corporation. Mr. Stolman is a frequent participant in educational and business panels dealing with the subject of financial restructurings.

He is a member of the Los Angeles County Bar Association (Commercial Law and Bankruptcy Section), American Bar Association (Business Law Section) and The State Bar of California.

Disclaimer | Site Map | © 2009 Stutman Treister & Glatt | Site by Firmseek

 



| Home | Firm Overview | Attorneys | Practice Areas | Industry Expertise | News & Events | Recruiting | Contact Us |

By Name | By Title | By Law School



## Mark Wallace
**Of Counsel**

**Phone: (310) 228-5765**
**MWallace@Stutman.com**
**vcard**

**EDUCATION**
- Columbia University School of Law, J.D., 1977
- Princeton University, A.B., summa cum laude, 1976

Mr. Wallace is of counsel to ST&G. He received his A.B., summa cum laude, from Princeton University in 1976, and received his J.D. from Columbia University School of Law in 1977. He was a member of Phi Beta Kappa. He was admitted to the Arizona bar in 1977 and the California bar in 1991.

Mr. Wallace was the Notes and Comments Editor of the Columbia Law Review from 1976 to 1977. He served as a Law Clerk to Judge William B. Enright in the U.S. District Court, Southern District of California from 1977 to 1979.

He is the author of "Practical Aspects of Representing the Failing Business" 44 Major Tax Planning 400 (1992), "Reorganizing The Financially-Troubled Taxpayer", 46 Major Tax Planning 800 (1994), and "Distressed Technology Companies Face Challenging Tax Issues", 24 Los Angeles Lawyer 13 (October 2001) and "Dealing With Individual and Corporate Tax Claims and Litigating with Tax Authorities in Bankruptcy Court", 57 Major Tax Planning 1100.

Mr. Wallace is currently serving as an Adjunct Professor of Law at Loyola Law School, where he teaches bankruptcy and taxation. He served as Adjunct Professor of Law at Arizona State University for the years 1984 through 1986 and 1988.

He is a part Chair of the Bankruptcy and Workouts Committee of the American Bar Association Section of Taxation.

He is a member of the following bar associations: Beverly Hills, Los Angeles County (Member, Commercial Law and Bankruptcy Section; Taxation) and American (Member, Sections of Taxation, Corporate Tax Committee). He is a member of the State Bar of California.

Disclaimer | Site Map | © 2009 Stutman Treister & Glatt | Site by Firmseek

 

1 of 1                                                                    12/23/2009 10:35 AM



Home    Firm       Attorneys      Practice     Industry       News        Recruiting      Contact
       Overview               Areas       Expertise      & Events                    Us

By Name | By Title | By Law School

## Scott H. Yun
**Shareholder**

Phone: (310) 228-5750
SYun@Stutman.com
vcard

### EDUCATION
- University of Southern California Law School, J.D., 1996
- University of California, Los Angeles, B.A., cum laude, 1993

### REPRESENTATIVE CLIENTS
- Daewoo Motor America, Inc.
- Liquidation Trust of Oakwood Homes
- Fremont General Corporation

Now in his eleventh year of bankruptcy practice, Mr. Yun is a shareholder of Stutman, Treister & Glatt Professional Corporation. He received his B.A. in History and Political Science, cum laude, in 1993 from U.C.L.A., and received his J.D. from the University of Southern California Law School in 1996. Following law school, he served as a judicial clerk for the Honorable Ernest M. Robles, United States Bankruptcy Judge for the Central District of California. Mr. Yun was born in Seoul, South Korea, and speaks Korean fluently.

Mr. Yun's practice focuses on representing financially troubled companies, both in and out of court, and representing parties to bankruptcy related litigation. His recent engagements have included representing Daewoo Motor America, Inc., Lyon & Lyon LLP, and Applied Magnetics Corporation in their chapter 11 bankruptcy cases. In recent years, Mr. Yun has been active in cross-border insolvency cases. He represents the Korean receiver of TriGem Computer, Inc., who filed the very first corporate chapter 15 bankruptcy case. Mr. Yun also regularly represents Korean creditors in American bankruptcy cases and has represented Canadian receivers and trustees in recovering assets located in the United States.

In 2006, Mr. Yun was named one of the "Outstanding Young Restructuring Lawyers" by *Turnaround & Workouts*.

Mr. Yun is a Member of the State Bar of California (Business Law Section); the American Bar Association (Business Law Section); the Los Angeles County Bar Association (Commercial Law and Bankruptcy Section); the Los Angeles Bankruptcy Forum; and the Financial Lawyers Conference.

Disclaimer | Site Map | © 2009 Stutman Treister & Glatt | Site by Firmseek

 

Stutman Treister & Glatt: Carol Chow                                                      http://www.stutman.com/attorneys-7.html

Case 2:10-cv-10080-CBM -PJW   Document 45   Filed 11/16/11   Page 33 of 39   Page ID
Case 8:08-bk-13421-ES   Doc 1349   Filed 12/29/09   Entered 12/29/09 09:06:54   Desc
#:618
Main Document   Page 55 of 63



Home        Firm          Attorneys    Practice     Industry      News         Recruiting     Contact
            Overview                   Areas        Expertise     & Events                    Us

By Name | By Title | By Law School

## Carol Chow
**Of Counsel**

**Phone: (310) 228-5725**
CChow@Stutman.com
vcard

**EDUCATION**
- Stanford Law School, J.D., 1993
- University of California, B.S., 1990

**PROFESSIONAL AFFILIATIONS**
- Los Angeles County Bar Association
- American Bar Association

Ms. Chow is of counsel to ST&G. She attended the University of California at Los Angeles where she received her B.S. in Mathematics and Computer Science in 1990, and then attended Stanford Law School, receiving her J.D. in 1993. Ms. Chow was admitted to the bar in California in 1993 and admitted to the bar in the District of Columbia in 1996 (inactive).

Ms. Chow is a member of the Los Angeles County Bar Association, the American Bar Association, and the State Bar of California.

Disclaimer | Site Map | © 2009 Stutman Treister & Glatt | Site by Firmseek

 

1 of 1                                                                                 12/23/2009 10:35 AM

Stutman Treister & Glatt: Whitman L. Holt                                    http://www.stutman.com/attorneys-40.html

Case 2:10-cv-10080-CBM-PJW   Document 45   Filed 11/16/11   Page 34 of 39   Page ID
Case 8:08-bk-13421-ES   Doc 1349   Filed 12/29/09   Entered 12/29/09 09:06:54   Desc
#:613
Main Document   Page 56 of 63



| | |
|---|---|
| Home | Firm Overview | Attorneys | Practice Areas | Industry Expertise | News & Events | Recruiting | Contact Us |

By Name | By Title | By Law School



## Whitman L. Holt
**Associate**

**Phone: (310) 228-5690**
**WHolt@Stutman.com**
**vcard**

**EDUCATION**
- Harvard Law School, J.D., cum laude, 2005
- Bates College, B.A., magna cum laude, 2002

**PROFESSIONAL AFFILIATIONS**
- American Bankruptcy Institute
- American Bar Association
- Financial Lawyers Conference
- Los Angeles County Bankruptcy Forum
- Los Angeles County Bar Association

Mr. Holt has been a member of ST&G and the California bar since 2005. He is admitted to practice before the U.S. District Courts for the Northern, Central, and Southern Districts of California, as well as before the U.S. Courts of Appeals for the Second and Third Circuits.

Mr. Holt attended Bates College, where he received his B.A., magna cum laude, in 2002 and was elected a member of Phi Beta Kappa. He then attended Harvard Law School, where he received his J.D., cum laude, in 2005 and served as an Editor of the Harvard Journal of Law & Public Policy.

Mr. Holt has represented clients across the bankruptcy spectrum. His work on the side of the bankruptcy estate includes representing Fremont General Corporation as a chapter 11 debtor in possession and representing the liquidation trust formed in the *Oakwood Homes* bankruptcy. His work on the side of individual creditors includes representing significant debtholders in the *Enron*, *Calpine*, and *Owens Corning* bankruptcies. Mr. Holt has also represented borrowers in and out of court, secured creditors in and out of bankruptcy, hedge and distressed debt funds, plaintiffs and defendants in bankruptcy-related litigation and appeals, and prospective purchasers of debtors' assets. Mr. Holt's professional interests include the interface between credit derivatives and bankruptcy, the outer limits of federal bankruptcy jurisdiction and power, and methods of improving the economic efficiency of chapter 11.

Disclaimer | Site Map | © 2009 Stutman Treister & Glatt | Site by Firmseek

 

Stutman Treister & Glatt: Neeta Menon                                    http://www.stutman.com/attorneys-43.html

Case 2:10-cv-10080-CBM -PJW   Document 45   Filed 11/16/11   Page 35 of 39   Page ID
Case 8:08-bk-13421-ES   Doc 1349   Filed 12/29/09   Entered 12/29/09 09:06:54   Desc
#:620
Main Document   Page 57 of 63



Home     Firm        Attorneys    Practice    Industry     News        Recruiting    Contact
         Overview                 Areas       Expertise    & Events                  Us

By Name | By Title | By Law School

## Neeta Menon
**Associate**

**Phone: (310) 228-5645**
**NMenon@Stutman.com**
**vcard**

**EDUCATION**
- University of California, Los Angeles School of Law, J.D., 2007
- University of California, Los Angeles, B.A., 2002

Ms. Menon was admitted to the California bar in 2007. She was born in Los Angeles, California and attended the University of California, Los Angeles, where she received a B.A. in History in 2002. Ms. Menon received a J.D. from the University of California, Los Angeles School of Law in 2007, where she was a member of the Journal of International Law and Foreign Affairs, Publicity Chair for the Asian Pacific Islander Law Student Association, and co-founded the South Asian Law Student Association.

Disclaimer | Site Map | © 2009 Stutman Treister & Glatt | Site by Firmseek

   

Stutman Treister & Glatt: Avi E. Muhtar                                                    http://www.stutman.com/attorneys-46.html

Case 2:10-cv-10080-CBM -PJW   Document 45   Filed 11/16/11   Page 36 of 39   Page ID
Case 8:08-bk-13421-ES   Doc 1349   Filed 12/29/09   Entered 12/29/09 09:06:54   Desc
#:824
Main Document   Page 58 of 63



| Home | Firm Overview | Attorneys | Practice Areas | Industry Expertise | News & Events | Recruiting | Contact Us |

By Name | By Title | By Law School

## Avi E. Muhtar
**Associate**

Phone: (310) 228-5665
AMuhtar@Stutman.com
vcard

### EDUCATION

- University of Southern California Gould School of Law, J.D., 2008
- University of California at Los Angeles, B.A., cum laude, in 2005

Mr. Muhtar attended the University of California at Los Angeles where he received his B.A. in Political Science, cum laude, in 2005, and was elected a member of Phi Beta Kappa. He then attended the University of Southern California Gould School of Law where he received his J.D. in 2008. He was a member of the USC Review of Law and Social Justice from 2006 to 2007 and a Senior Editor of the USC Review of Law and Social Justice from 2007 to 2008. He also served as an extern to the Honorable Richard M. Neiter, United States Bankruptcy Judge for the Central District of California, in 2005.

Disclaimer | Site Map | © 2009 Stutman Treister & Glatt | Site by Firmseek

 

**KENDRA A. JOHNSON** (paralegal) is a graduate of the University of Montevallo in Alabama. She was previously a legal assistant with the law firm of McDermott, Will & Emery. Ms. Johnson has been at Stutman, Treister & Glatt since December 1997.

**JEFFREY M. FLEISS** (paralegal) is a graduate of California State University at Northridge. He was previously a paralegal with the law firm of Fulwider, Patton, Lee & Utecht. He joined Stutman, Treister & Glatt in June 2005.

**JOANNE B. STERN** (paralegal) has been a certified legal assistant since August 1990. She received her certificate from the University of West Los Angeles. Ms. Stern received a Bachelor of Arts from Pitzer College in May 1981, where she majored in History/Sociology. She was employed as a legal assistant at the law firm of Loeb and Loeb from November 1989 through April 1992. Ms. Stern was initial employed as a legal assistant at Stutman, Treister & Glatt for several years beginning in 1992, but subsequently ceased her affiliation with the firm. Ms. Stern rejoined Stutman, Treister & Glatt in October 2008.

# EXHIBIT E

# Exhibit "B"

### Professional Billing Rates And Total Fees By Professional

| Name | Title | Hourly Rate | Hours Billed | Total Fees | "No Charge" Hours | "No Charge" Total |
|------|-------|-------------|--------------|------------|-------------------|-------------------|
| Theodore B. Stolman | Shareholder | $775 | 305.4 | $236,685.00 | 4.4 | $3,410.00 |
| Mark S. Wallace | Of Counsel | $695 | 179.6 | $124,822.00 | 0.2 | $139.00 |
| Scott H. Yun | Shareholder | $550 | 63.1 | $34,705.00 | 5.8 | $3,190.00 |
| Carol S. Chow | Of Counsel | $525 | 24.2 | $12,705.00 | 3.7 | $1,942.50 |
| Whitman L. Holt | Associate | $375 | 291.3 | $109,237.50 | 44.3 | $16,612.50 |
| Neeta Menon | Associate | $275 | 272.5 | $74,937.50 | 20.3 | $5,582.50 |
| Avi E. Muhtar | Associate | $250 | 28.8 | $7,200.00 | 3.9 | $975.00 |
| Kendra Johnson | Paralegal | $240 | 28.7 | $6,888.00 | 3.1 | $744.00 |
| Joanne Stern | Paralegal | $240 | 28.7 | $6,888.00 | 4.7 | $1,128.00 |
| Jeff Fleiss | Paralegal | $240 | 13.8 | $3,312.00 | 2.5 | $600.00 |
| | | | | | | |
| TOTAL | N/A | N/A | 1,236.1 | $617,380.00 | 92.9 | $34,323.50 |

533924v1